[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 40.]

THE STATE OF OHIO, APPELLANT, *v.* CLINTON, APPELLEE.

[Cite as *State v. Clinton*, 1998-Ohio-672.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment reversed on authority of State v. Cook—Sexual predator determination by trial court reinstated.*

(No. 98-1395—Submitted October 13, 1998—Decided December 2, 1998.)

CERTIFIED by the Court of Appeals for Erie County, No. E-97-097.

————————————

*Kevin J. Baxter*, Erie County Prosecuting Attorney, and *Mary Ann Barylski*, Assistant Prosecuting Attorney, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The trial court's finding that Ervin Clinton is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————